# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2018

VIA ECF
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Nokogna Meite**
**16 Cr. 126 (KBF)**

Dear Judge Forrest:

I write to respectfully request that the Court permit Mrs. Meite to travel to the Ivory Coast from July 17 to July 31, 2018 to visit her aunt, Fanta Fofana, who is diagnosed with cancer. Her aunt's health recently worsened, such that she is no longer able to speak, and Mrs. Meite wishes to see her. Mrs. Meite's daughter has offered to purchase a plane ticket for Mrs. Meite's travel.

Mrs. Meite was sentenced on March 10, 2017 to 90 days imprisonment (which she completed on September 22, 2017) and one year of supervised release. The Probation Department by Officer Christopher Ferrall has no objection to this request. He informs me that Mrs. Meite has paid her $100 special assessment and $9417.99 of her restitution to date. The Government by Assistant United States Attorney David Abramowicz also has no objection.

If this request is granted, Mrs. Meite will provide a copy of her travel itinerary to the Probation Department. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

SO ORDERED:

_____   7/9/18
HONORABLE KATHERINE B. FORREST
United States District Judge

cc: Assistant United States Attorney David Abramowicz (by ECF)
Probation Officer Christopher Ferrall (by email)